**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KENNETH SILVERMAN**                                                                                   **PLAINTIFF**

v.                                    Case No. 5:14-cv-00079 KGB

**JIMMY CARR, DEPUTY SHERIFF;**
**RONNIE CARR, DEPUTY SHERIFF,**
**ALAN CHEEK, ARKANSAS COUNTY SHERIFF and**
**ARKANSAS COUNTY**                                                                                    **DEFENDANTS**

## ORDER

     Before this Court is the parties' joint motion to dismiss (Dkt. No. 28).  In their motion, the parties assert that they have reached a settlement agreement in this case, part of which requires the dismissing of this action with prejudice.  Therefore, this Court grants the parties' motion to dismiss this action with prejudice.  The Court denies as moot the defendant's motion for summary judgment, the request for settlement conference, and the motion for extension of time (Dkt. Nos. 19, 25, 26).  The relief requested is denied, and the Court dismisses with prejudice this case.

     It is so ordered this 16th day of December, 2015.

                                                                Kristine G. Baker
                                                                United States District Court Judge